## SOUTHERN RAILWAY COMPANY *v.* HOWARD.

LUMPKIN, J.  The evidence being sufficient to support the verdict, which was approved by the presiding judge, and there being no error of law complained of, this court will not interfere.

*Judgment affirmed.    All the Justices concur.*

Argued January 19,—Decided February 15, 1906.

Action for damages.  Before Judge Fite.  Whitfield superior. court.  January 9, 1905.

*Shumate & Maddox,* for plaintiff in error.

*W. E. Mann,* contra.